158 A.3d 75

COMMONWEALTH of Pennsylvania, Petitioner

v.

Marlin KELLY, Respondent

No. 190 WAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**